IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IBRAHIM HALIL FIRATLI,               )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )        Case 3:25-cv-01361
KRISTI NOEM, U.S. Secretary of       )        Judge Campbell
Homeland Security, TODD LYONS,       )        Magistrate Judge Newbern
Acting Director U.S. Immigrations and )
Customs Enforcement; LARRY ADAMS,    )
Assistant Field Office Director,     )
Immigration and Customs Enforcement  )
Nashville Field Office; MELISSA HARPER, )
Immigration and Customs Enforcement, )
Field Office Director, New Orleans Field Office )
                                     )
            Defendants.              )

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF (D.E. 1)

The Defendants, by and through the undersigned Assistant United States Attorney, hereby move to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and, alternatively, for a failure to state a claim pursuant to 12(b)(6).

Plaintiff Ibrahim Halil Firatli filed a Complaint seeking (1) injunctive relief under the Administrative Procedure Act ("APA") and (2) declaratory relief under the Immigration and Nationality Act ("INA") alleging that the Defendants are hampering the administration of the immigration process and implementing the detention policies and expedited removal which is contrary to established statutes and procedures for affirmative asylum applicants. (D.E. 1). Plaintiff's position is misplaced, and the Complaint should be dismissed for lack of jurisdiction. Plaintiff's claims are barred by the Ripeness Doctrine, because he lacks standing to bring a

violation of the Administrative Procedures Act ("APA") and he cannot show a violation of the fourth or fifth amendment of the constitution, nor the Immigration and Nationality Act ("INA").

Because the Court lacks subject matter jurisdiction and Plaintiff has otherwise failed to state a claim upon which relief can be granted, Defendant respectfully requests this Court dismiss Plaintiff's Complaint in its entirety with prejudice.

Respectfully submitted,

ROBERT E. MCGUIRE
First Assistant United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR, BPR #013330
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
mercedes.maynor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, a copy of the foregoing was filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to the following:

| Caridad Pastor<br>Pastor & Associates, P.C.<br>575 E. Big Beaver Road, Suite 185<br>Troy, MI 48083 | Neely Baugh-Dash<br>Rose Immigration Law Firm<br>105 Westpark Drive<br>Suite 330<br>Brentwood, TN 37027 |
| --- | --- |

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR
Assistant United States Attorney