# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IBRAHIM HALIL FIRATLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:25-cv-1361 |
| | ) | Judge Trauger |
| KRISTI NOEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A hearing was held on November 25, 2025 on the Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. No. 2).  For the reasons expressed on the record during the hearing, the plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE